# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **v.** | : | **No. 24-cr-00117-CRC** |
| | : | |
| **JACOB DAVIS,** | : | |
| | : | |
| **Defendant.** | : | |

## JOINT MOTION TO SCHEDULE CHANGE OF PLEA HEARING

The United States, by and through the undersigned, and Defendant Jacob Davis, by and through his counsel, have reached a plea agreement. Accordingly, the parties respectfully request the Court schedule a change of plea hearing. The parties are available October 8–10, 2024. The government will email chambers copies of the signed Plea Agreement, Statement of Offense, and Waiver of Jury Trial.

Respectfully submitted,

MATTHEW M. GRAVES
UNITED STATES ATTORNEY

By:    */s Madison H. Mumma*
        MADISON H. MUMMA
        Trial Attorney
        N.C. Bar No. 56546
        U.S. Attorney's Office
        District of Columbia
        601 D. St NW
        Washington, D.C. 20530
        (202) 913-4794
        madison.mumma@usdoj.gov