# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRIMINAL NO. 24-cr-117 (CRC)** |
| v. | 18 U.S.C. § 111(a)(1) and (b) |
| **JACOB DAVIS,** | |
| Defendant. | |

## STATEMENT OF OFFENSE

Pursuant to Fed. R. Crim. P. 11, the United States of America, by and through its attorney, the United States Attorney for the District of Columbia, and the defendant, Jacob Davis, with the concurrence of the defendant's attorney, agree and stipulate to the below factual basis for the defendant's guilty plea—that is, if this case were to proceed to trial, the parties stipulate that the United States could prove the below facts beyond a reasonable doubt:

### *The Attack at the U.S. Capitol on January 6, 2021*

1. The U.S. Capitol, which is located at First Street, SE, in Washington, D.C., is secured twenty-four hours a day by U.S. Capitol Police (USCP). Restrictions around the Capitol include permanent and temporary security barriers and posts manned by USCP. Only authorized people with appropriate identification are allowed access inside the Capitol.

2. On January 6, 2021, the exterior plaza of the Capitol was closed to members of the public.

3. On January 6, 2021, a joint session of the United States Congress convened at the Capitol. During the joint session, elected members of the United States House of Representatives and the United States Senate were meeting in separate chambers of the Capitol to certify the vote count of the Electoral College of the 2020 Presidential Election, which had taken place on Tuesday,

November 3, 2020. The joint session began at approximately 1:00 PM. Shortly thereafter, by approximately 1:30 PM, the House and Senate adjourned to separate chambers to resolve a particular objection. Vice President Mike Pence was present and presiding, first in the joint session, and then in the Senate chamber.

4. As the proceedings continued in both the House and the Senate, and with Vice President Pence present and presiding over the Senate, a large crowd gathered outside the Capitol. Temporary and permanent barricades, as noted above, were in place around the exterior of the Capitol, and USCP officers were present and attempting to keep the crowd away from the Capitol and the proceedings underway inside.

5. At approximately 2:00 PM, certain individuals in the crowd forced their way through, up, and over the barricades. Officers of the USCP were forced to retreat and the crowd advanced to the exterior façade of the building. Officers with the D.C. Metropolitan Police Department were called to assist officers of the USCP who were then engaged in the performance of their official duties. The crowd was not lawfully authorized to enter or remain in the building and, prior to entering the building, no members of the crowd submitted to security screenings or weapons checks as required by USCP officers or other authorized security officials.

6. At such time, the certification proceedings were still underway, and the exterior doors and windows of the Capitol were locked or otherwise secured. Members of the USCP attempted to maintain order and keep the crowd from entering the Capitol; however, shortly after 2:00 PM, individuals in the crowd forced entry into the Capitol, including by breaking windows and by assaulting members of law enforcement, as others in the crowd encouraged and assisted those acts. The riot resulted in substantial damage to the Capitol, requiring the expenditure of more than $2.9 million dollars for repairs.

7.      Shortly thereafter, at approximately 2:20 PM, members of the House of Representatives and of the Senate, including the President of the Senate, Vice President Pence, were instructed to—and did—evacuate the chambers. Accordingly, all proceedings of the United States Congress, including the joint session, were effectively suspended until shortly after 8:00 PM on January 6, 2021. In light of the dangerous circumstances caused by the unlawful entry to the Capitol—including the danger posed by individuals who had entered the Capitol without any security screening or weapons check—Congressional proceedings could not resume until after every unauthorized occupant had been removed from or left the Capitol, and USCP confirmed that the building was secured. The proceedings resumed at approximately 8:00 PM after the building had been secured. Vice President Pence remained in the Capitol from the time he was evacuated from the Senate Chamber until the session resumed.

### *The Defendant's Participation in the January 6, 2021, Capitol Riot*

8.      The defendant, Jacob Davis, lives in Adairsville, Georgia. On January 5, 2021, the defendant traveled from Adairsville, Georgia to Washington, D.C. via car with several other individuals. The purpose of the defendant's trip to Washington, D.C. was to protest Congress' certification of the Electoral College vote count.

9.      On the morning of January 6, 2021, the defendant attended the "Stop the Steal" rally on the Ellipse. At approximately 1:30 PM., the defendant began his march to the U.S. Capitol alongside other rioters.

10.     At approximately 2:00 PM, the defendant entered the West Plaza of the U.S. Capitol building. At that time, police barricades were still in place and a line of police officers was established behind the barricades.

11. Over the next approximately 40 minutes, the barricades on the West Plaza were removed by rioters and the police were forced to fall back. The defendant then advanced closer to the U.S. Capitol building, traveling up the northwest steps to the Lower West Terrace. While on the northwest steps, he and another rioter hoisted a third rioter over a railing and onto the steps.

12. The defendant then arrived on the Lower West Terrace. At that time, the area was so dense with rioters that they were falling onto and trampling over one another. Open-source images capture the defendant maneuvering around several fallen and visibly distressed rioters.

13. At approximately 4:00 PM, the defendant arrived at the entrance to the U.S. Capitol on the Lower West Terrace known as "the tunnel."

14. The tunnel was defended by uniformed USCP and Metropolitan Police Department (MPD) officers lawfully engaged in the performance of their official duties. The fight over the tunnel entrance began at approximately 2:42 PM. Over the course of more than two hours, members of the mob threw items at the officers, struck the officers with items, sprayed the officers with chemical irritants, pushed against the officers, and stole items from the officers defending the tunnel.

15. At approximately 4:13 PM, the defendant entered the mouth of the tunnel and picked up a police riot shield. He then pressed against the police line with the shield before handing the shield to another rioter.

16. At approximately 4:17 PM, the defendant advanced further into the tunnel. The defendant then joined in a coordinated "heave-ho" effort in which rioters rocked back and forth in unison, thrusting their collective body weight to exert maximal force against the police line.

17.     At approximately 4:19 PM, the defendant exited the tunnel and retreated into the crowd on the Lower West Terrace. While among the crowd, the defendant found and picked up a long, wooden, L-shaped board off the ground.

18.     At approximately 4:32 PM, the defendant reapproached the tunnel entrance and hurled the wooden board at the officers in the tunnel. The board landed on the officers' heads. The defendant then physically engaged with the officers in the tunnel entrance.

19.     The defendant remained on Capitol grounds until at least 5:15 PM.

### *Elements of the Offense*

20.     The parties agree that Assaulting, Resisting, or Impeding Certain Officers Using a Dangerous Weapon, in violation of 18 U.S.C. § 111(a)(1) and (b), requires the following elements:

   a. First, the defendant assaulted, resisted, opposed, impeded, intimidated, or interfered with certain officers.

   b. Second, the defendant did such acts forcibly.

   c. Third, the defendant did such acts voluntarily and intentionally.

   d. Fourth, the officers assaulted, resisted, opposed, impeded, intimidated, or interfered with were officers of the United States or were assisting officers of the United States who were then engaged in the performance of their official duties.

   e. Fifth, in doing such acts, the defendant intentionally used a deadly or dangerous weapon.

### *Defendant's Acknowledgments*

21.     The defendant knowingly and voluntarily admits to all the elements as set forth above. Specifically, the defendant admits that on January 6, 2021, he assaulted, resisted, opposed, impeded, intimidated, or interfered with any person designated in 18 U.S.C. § 1114 while engaged

in or on account of the performance of their official duties. The defendant admits that he did so by throwing a large wooden board, a dangerous weapon capable of causing serious bodily injury under 18 U.S.C. § 111, onto the heads of USCP and MPD officers.

                              Respectfully submitted,

                              MATTHEW M. GRAVES
                              United States Attorney
                              D.C. Bar No. 481052

By:   *s/ Madison H. Mumma*
        MADISON H. MUMMA
        Trial Attorney
        N.C. Bar No. 56546
        U.S. Department of Justice
        Criminal Division,
        Public Integrity Section
        202-913-4794
        madison.mumma@usdoj.gov

## DEFENDANT'S ACKNOWLEDGMENT

I, Jacob Davis, have read this Statement of the Offense and have discussed it with my attorneys. I fully understand this Statement of the Offense. I agree and acknowledge by my signature that this Statement of the Offense is true and accurate. I do this voluntarily and of my own free will. No threats have been made to me nor am I under the influence of anything that could impede my ability to understand this Statement of the Offense fully.

Date: 8-19-24

Jacob Davis
Defendant

## ATTORNEY'S ACKNOWLEDGMENT

I have read this Statement of the Offense and have reviewed it with my client fully. I concur in my client's desire to adopt this Statement of the Offense as true and accurate.

Date: 8/20/24

David Benowitz
Paulette M. Pagan
Attorneys for Defendant