# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| v. : | Case No. 24-CR-117 (CRC) |
| : | |
| **JACOB DAVIS,** : | |
| : | |
| **Defendant.** : | |

## JOINT MOTION TO CONTINUE SENTENCING

The United States of America and Defendant Jacob Davis hereby move this Court for a continuance of the February 6, 2025 sentencing hearing scheduled in the above-captioned matter.

On October 25, 2024, the Defendant pled guilty to one count of assaulting, resisting, or impeding certain officers with a dangerous weapon, in violation of 18 U.S.C. § 111(a)(1) and (b). Davis's sentencing hearing is currently set for February 6, 2025, at 10:00 a.m.

Per the plea agreement, Mr. Davis must "allow law enforcement agents to review any social media accounts operated by [him] for statements and postings in and around January 6, 2021, and conduct an interview of [him] regarding the events in and around January 6, 2021 prior to sentencing." ECF No. 24 at 2. Due to scheduling constraints, Mr. Davis has so far been unable to comply with that term of his plea agreement. The parties thus move the Court to continue his sentencing date for at least 30 days. The parties are available March 18–21, 2025, and March 25–28, 2025.

Respectfully submitted,

By:    /s/ *Madison H. Mumma*
             Madison H. Mumma
             Trial Attorney
             NC Bar. No. 56546

601 D St. NW  
Washington, DC 20001  
madison.mumma@usdoj.gov

_____/s/_____  
David Benowitz  
D.C. Bar No. 451557  
*Counsel for Jacob Davis*  
Price Benowitz, LLP  
409 Seventh Street, NW, Suite 200  
Washington, D.C. 20004  
Phone: (202) 271-5249  
Fax: (202) 664-1331  
David@pricebenowitz.com